**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JOHN DOE, *et al.*,

      Plaintiffs,

    vs.                       **Civil Action 2:12-CV-188**
                                             **Judge Sargus**
                                             **Magistrate Judge Kemp**

JAMES HAAS, *et al.*,

      Defendants.

<u>ORDER</u>

    The undersigned conducted a mediation conference regarding the motion for interim injunctive relief, Doc. No. 2, on March 2, 2012. Counsel for all parties participated.

    The parties have agreed to certain terms of contact, but discussions between the parties will continue. It is **ORDERED** that, no later than March 5, 2012, defendants will have gathered the following information:

    - <u>re defendants' assessment of plaintiff John Doe</u>: (a) when will the assessment be performed and (b) when will the evaluation of that assessment be completed;

    - <u>re independent monitors of supervised visitation</u>: (a) identify individuals or categories of individuals whose supervision would be acceptable to defendants (including consideration of plaintiffs' counsel); and (b) determine the availability of such monitors for supervision;

    - <u>re investigation(s) by Licking County Children's Services</u>: (a) determine the outcome, if any, of the investigation of the recent, anonymous, complaint and (b) determine if an investigation was performed at the time of the original allegations giving rise to the criminal prosecution;

    - <u>re supervised visitation with some or all children</u>: determine the

earliest such visitation, and frequency of such visitation.

Defendants shall promptly advise plaintiffs' counsel of this information.

The Court will conduct another mediation, either in person or by telephone,[1] on March 6, 2012, at 2:00 p.m.


_s/Norah McCann King_
Norah M<sup>c</sup>Cann King
United States Magistrate Judge

March 2, 2012
(Date)

---

[1]Plaintiffs' counsel, who must travel from Cincinnati, shall notify defense counsel and the Court of their preference.