

# Ohio Department of Rehabilitation and Correction

770 West Broad Street
Columbus, Ohio 43222

John R. Kasich, Governor          www.drc.ohio.gov          Gary C. Mohr, Director

Thursday, October 20, 2011 11:53 AM

## REENTRY ACCOUNTABILITY PLAN

| Inmate: A508762 ALESHIRE JR, LONNIE J | Inst: CCI | DOB: 09/15/1970 |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| A. | Prior Convictions (Adult or Juvenile): | 0 |
| B. | Prior Commitments of More than 1 Year Adult or Juvenile): | 0 |
| C. | Recent Commitment Free Period (three years): | 0 |
| D. | Probation/Parole/Confinement/Escape status of violator this time: | 0 |
| E. | Prior Probation/Parole Revocations: | 0 |
| F. | Older Offender: | 0 |
| G. | Sex Offender | 0 |
| | PSI Available: YES                                    RISK SCORE: | 0 |

### DYNAMIC ASSESSMENT

| | | |
| --- | --- | --- |
| I. | Education: | No need for improvement |
| II. | Marital/Family Interaction: | No need for improvement |
| III. | Associates/Social Interaction: | No need for improvement |
| IV. | Substance Abuse: | No need for improvement |
| V. | Community Functioning: | No need for improvement |
| VI. | Personal/Emotional Orientation: | No need for improvement |
| VII. | Attitude: | No need for improvement |
| VIII. | Employment: | No need for improvement |
| | PSI Available: NO | |

| P/W/S | DATE | PROGRAM TYPE | A/D | PROGRAM NAME | D/T/C DATE | |
| --- | --- | --- | --- | --- | --- | --- |
| S | 07/27/2010 | Education | | CAREER TECHNICAL-HVAC | 06/16/2011 | C |
| R | 06/14/2007 | Community Function | D | MANAGING MONEY | | |
| R | 06/11/2007 | Social Interactions | A | FROM THE INSIDE OUT | | |

Inmate Signature: _Lonny J Aleshire Jr_          DATE: 10/20/11

Reentry Plan Coordinator:
Signature: _____          DATE: _____