## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** et al., | : | Case No. 2:12-cv-188 |
| Plaintiffs, | : | Judge Sargus |
| | : | |
| v. | : | Magistrate Judge Kemp |
| | : | |
| **JAMES HAAS**, et. al., | : | **NOTICE OF FILING OF REDACTED EXHIBIT TO PREVIOUSLY FILED SUPPLEMENTAL DECLARATION OF SUSAN ULLMAN** |
| Defendants. | : | |

On April 3, 2012, Plaintiffs filed a Notice of Supplemental Declaration of Susan Ullman. (Doc. 27). Ms. Ullman's supplemental declaration was attached to Doc. 27 as an exhibit. In her supplemental declaration, Ms. Ullman referenced her written evaluation of Mr. Doe, which was supposed to be attached as an exhibit to her declaration. However, at the time Doc. 27 was filed, undersigned counsel had not redacted the evaluation to preserve the identities of Mr. Doe and his family. Undersigned counsel has since redacted the evaluation and has attached it as an exhibit to this document.

Respectfully submitted,

/s/ David A. Singleton
David A. Singleton, 0074556
Trial Attorney for Plaintiff
Marguerite Slagle, 0082217
Deana Taylor *
Charles Kinsman *
Tom Schulman *
Alex Havlin *
Co-Counsel for Plaintiff
Ohio Justice & Policy Center
215 East 9th Street, Suite 601
Cincinnati, Ohio 45202
513-421-1108, ext 17
513-562-3200 – fax
dsingleton@ohiojpc.org

* Authorized to assist in the representation of Plaintiff pursuant to Local Rule 83.6.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically using the Court's electronic filing system on this 3rd day of April, 2012.  The parties will receive notice of this document through that system.

/s/ David A. Singleton
David A. Singleton