# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** et al., | : | Case No. 2:12-cv-188 |
| Plaintiffs, | : | Judge Sargus |
| | : | Magistrate Judge Kemp |
| v. | : | |
| **JAMES HAAS**, et al., | : | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| | : | |
| Defendants. | : | |

Pursuant to Rule 41(a) (1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of dismissal of the complaint without prejudice.

Respectfully submitted,

/s/ David A. Singleton
David A. Singleton, #007456

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically using the Court's electronic filing system on this 9th day of July, 2012. The parties will receive notice of this document through that system.

/s/ David A. Singleton
David A. Singleton